**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 01-30916**
**Summary Calendar**

**VINCENT BATISTE, SR.,**

**Plaintiff-Appellant,**

**VERSUS**

**FINA OIL COMPANY, et al.,**

**Defendants,**

**FINA OIL COMPANY,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Middle District of Louisiana

(00-CV-203-D)

January 28, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Vincent Batiste, Sr. ("Batiste"), an African-American male,

brought suit against Harmony Corporation ("Harmony"), his actual

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

employer, and against Fina Oil and Chemicals Company ("Fina"), his statutory employer, alleging that the defendants violated the plaintiff's civil rights guaranteed to him by 42 U.S.C. § 1981. Both defendants moved for summary judgment and the district court granted such motions and dismissed the plaintiff's complaint. Plaintiff appeals.

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself. For the reasons stated by the district court in its ruling on motion for summary judgment filed under date of July 6, 2001, we affirm the final judgment in favor of the defendants filed herein on July 6, 2001.

**AFFIRMED.**